UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 04-50110 |
| Plaintiff, | INDICTMENT |
| vs. | Failure to Pay Legal Child Support Obligations |
| NATHAN CHASING HORSE a/k/a NATHAN CHASING HIS HORSE, | 18 U.S.C. § 228(a)(3) |
| Defendant. | |

FILED
NOV 29
PATRICK DUFFY CLERK
By _____ Deputy Clerk

FILED
SEP 23 2004
_____ CLERK

The Grand Jury charges:

From on or about February 3, 2003, and continuing to the present, in Pennington County, in the District of South Dakota, defendant, Nathan Chasing Horse, a/k/a/ Nathan Chasing His Horse, while residing in a different state with respect to his minor child, who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Seventh Judicial Court, Pennington County, South Dakota, and which obligation is in an amount greater than $10,000, in violation of 18 U.S.C. § 228 (a)(3).

A TRUE BILL:

_____
Foreperson

JAMES E. McMAHON
UNITED STATES ATTORNEY
By: _____

11/29/04 16:15 FAX 605 330 4410    US ATTORNEYS OFFICE                                      ☒001

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
### District of South Dakota
### Western Division

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| **NATHAN CHASING HORSE a/k/a NATHAN CHASING HIS HORSE** | Case Number: **04-50110** |
| 1819 Lead Street, SE | |
| Alburquerque, NM | |

To: The United States Marshal
and any authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Nathan Chasing Horse a/k/a Nathan Chasing His Horse** and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Petition to Revoke

Charging him or her with

   Failure to Pay Legal Child Support Obligations

in violation of 18:228(a)(3)

| CAROL L. MERRILL | DEPUTY CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Carol L. Merrill* (signature) | September 23, 2004 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____
By _____
                                         Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

☒002                                           U S Attorney